AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Joseph Fisher<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:23-mj-00066<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 3/27/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of __United States__ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Obstruction of Law Enforcement During Civil Disorder |
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers or Employees |
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 18 U.S.C. § 1752(a)(4) | Engaging in Physical violence in a Restricted Building or Grounds. |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct on Capitol Grounds |
| 40 U.S.C. § 5104(e)(2)(F) | Act of physical violence in the Capitol Grounds or Capitol Buildings |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, demonstrating, or picketing in any of the Capitol Buildings |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __03/27/2023__

*Judge's signature*

City and state: __Washington, D.C.__      Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*