UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Criminal No. 23-cr-00305-RDM |
| JOSEPH FISHER, | : | |
| Defendant. | : | |

MOTION FOR RULE 11 HEARING AND
TO CANCEL STATUS CONFERENCE

Defendant, Joseph Fisher, moves this Court, with the assent of the government, to cancel the status conference scheduled for December 1, 2023 and instead schedule the matter for a Rule 11 Hearing during the second half of January or early February 2024. In support thereof, Mr. Fisher anticipates pleading guilty to the Indictment as charged, without a plea agreement.

The parties have conferred and are both available on the following dates: January 16, 17, 18, 26, 29, and 30, as well as February 1 and 2.

The Defendant also moves, again with the assent of the government, to exclude the time until the requested Rule 11 Hearing from the calculations of the Speedy Trial Act so that Mr. Fisher and defense counsel can arrange to travel to the District of Columbia on a day that is convenient to the government and the Court.

1

Respectfully submitted,
JOSEPH FISHER
By his attorney,

*/s/Joshua R. Hanye*
Joshua R. Hanye
MA B.B.O. No. 661686
Joshua_Hanye@fd.org
Federal Defender Office
51 Sleeper Street
Boston, MA  02210
Tel: 617-223-8061

**Certificate of Service**

I hereby certify that this document was sent electronically to those registered through ECF on November 30, 2023.

*/s/ Joshua R. Hanye*
Joshua R. Hanye